UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TIMOTHY E. SAMPSON,

    Plaintiff,

v.

                                Case No. 2:19-cv-176

                                Hon. Hala Y. Jarbou

CARLA DAVIS,

    Defendant.

_____/

# **ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a motion for summary judgment (ECF No. 18). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 12, 2021, recommending that this Court deny the motion (ECF No. 20). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS ORDERED** that the Report and Recommendation (ECF No. 20) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 18) is **DENIED**.

Dated: June 14, 2021                    /s/ Hala Y. Jarbou
                                             HALA Y. JARBOU
                                             UNITED STATES DISTRICT JUDGE